

# WINNE BANTA BASRALIAN & KAHN, P.C.
### Counsellors at Law

| | | |
|---|---|---|
| COURT PLAZA SOUTH – EAST WING<br>21 MAIN STREET, SUITE 101<br>P.O. BOX 647<br>HACKENSACK, NEW JERSEY 07601-0647<br><br>TELEPHONE (201) 487-3800<br>FACSIMILE (201) 487-8529 | NEW YORK OFFICE<br>488 MADISON AVENUE<br>17th FLOOR - SUITE 1700<br>NEW YORK, NEW YORK 10022<br>(212) 324-0169<br><br>FLORIDA OFFICE<br>2255 GLADES ROAD<br>SUITE 324 ATRIUM<br>BOCA RATON, FLORIDA 33431<br><br>www.winnebanta.com | JOSEPH L. BASRALIAN +<br>ROBERT M. JACOBS<br>GARY S. REDISH +<br>RICHARD R. KAHN +<br>KENNETH K. LEHN ƒ<br>STANLEY TURITZ<br>ARTHUR I. GOLDBERG +<br>RONALD M. ABRAMSON<br>MARTIN J. DEVER, JR. + *<br>PETER J. BAKARICH, JR. +<br>THOMAS J. CANGIALOSI, JR. +<br>CAROLYN GERACI FROME<br>JONATHAN KUKIN +<br>BRUCE R. ROSENBERG<br>RICHARD D. WOLLOCH +<br>MICHAEL G. STINGONE ρ<br>DENNIS G. HARRAKA ƒ x<br>R.N. TENDAI RICHARDS<br>IAN S. KLEEBLATT<br>MICHAEL J. COHEN + ƒ<br><br>ROBERT A. HETHERINGTON III (RET)<br>WALTER G. WINNE (1889-1972)<br>HORACE F. BANTA (1895-1985)<br>BRUCE F. BANTA (1932-1983)<br>PETER G. BANTA (1935-2016)<br>MATTHEW COHEN (1943-2018) | CHRISTINE R. SMITH<br>MARLA WOLFE TAUS +<br>DORIS BRANDSTATTER<br>FAITH E. MIROS + *<br>BOGDAN A. KACHUR +<br>VICTOR M. NAZARIO III ■ ď<br><br>ROBERT J. KLEEBLATT<br>FRANK E. SCANGARELLA<br>JARED L. GURFEIN +<br>ROMAN VACCARI ρ +<br>ALICE B. NEWMAN + ■<br>FRANK J. FRANZINO, JR. +<br>COUNSEL TO THE FIRM<br><br>ƒ CERTIFIED BY THE SUPREME COURT OF<br>   NEW JERSEY AS A CIVIL TRIAL<br>   ATTORNEY<br>+ MEMBER NEW YORK BAR ALSO<br>* MEMBER CONNECTICUT BAR ALSO<br>ρ MEMBER PENNSYLVANIA BAR ALSO<br>■ MEMBER FLORIDA BAR ALSO<br>ď MEMBER WASHINGTON, D.C. BAR<br>x  R. 1:40 QUALIFIED MEDIATOR |

*Via ECF*

February 9, 2021

Email address:  mcohen@winnebanta.com
Direct Dial:     (201) 562-1088

Hon. Lois H. Goodman, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> RE:   **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP Address 24.187.181.190**
>        **Civil Case No. 3:19-cv-00900-FLW-LHG**

Dear Judge Goodman:

We represent the Doe Defendant in the above-referenced matter. On February 2, 2021, the Court entered a text order requiring Defendant to file a response to the supplemental authority supplied by Plaintiff by February 12, 2021. We respectfully request a two (2) week extension of that deadline. The parties are engaging in good faith settlement discussions and are optimistic that this matter may soon be resolved. Plaintiff's counsel, Mr. John Atkin, consents to the extension. Should the Court have any questions, please do not hesitate to contact me.

                                        Respectfully submitted,

                                        *Michael J. Cohen*
                                        Michael J. Cohen

cc: John Atkin (via ECF)