# The Atkin Firm, LLC
Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

February 19, 2021

**Via ECF**

Hon. Freda L. Wolfson, Chief U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 24.187.181.190**
             **Dkt. No. 3:19-cv-00900-FLW-LHG**

Chief Judge Wolfson:

      I represent Plaintiff Strike 3 Holdings, LLC, in the above-referenced matter. I respectfully write to inform the Court that the parties have reached an agreement in principle to settle this matter. Accordingly, the parties consent to and respectfully request that the Court enter a 60-day order, pursuant to Local Civil Rule 41.1(b).

      Thank you for your attention to this matter.

                                        Respectfully Submitted,

                                      */s/ John C. Atkin*

                                      John C. Atkin, Esq.

cc:    Hon. Lois H. Goodman, U.S.M.J. (via ECF)
        All Counsel of Record (via ECF)